No. 548. RALPH W. CREWS *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 549. ROBERT E. CREWS *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 550. TRESNER *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 551. CHARLES CREWS *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 552. EVERETT J. CREWS *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 553. WILLIS *v.* COMMISSIONER OF INTERNAL REVENUE. October 20, 1941. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. J. D. Lydick* for petitioners. *Assistant Solicitor General Fahy,*

*Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *Richard H. Demuth* for respondent. Reported below: 120 F. 2d 749.